UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| GEORGINA CELESTE SALINAS, § § Plaintiff, § § VS. § § CUITLAHUAC ENRIQUE RIOS VARGAS and JOEL HUMBERTO GARCIA GUERRERO, § § § § § Defendants. § | CIVIL ACTION NO. 7:23-cv-00132 |

## ORDER

The Court now considers the parties' stipulation in which they "stipulate to dismiss this case in full with prejudice."[1] Because the stipulation is signed by both parties in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), they have effectively dismissed this case and no further action by this Court is necessary.[2]

All of Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**. All deadlines and conferences in this case are **CANCELLED**, and any pending motion, request, or other matter is **DENIED AS MOOT**. Each party is to bear its own costs and fees. This case is terminated, and the Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 23rd day of August 2023.

_____
Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 17.
[2] *Cf. Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).